**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6467**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ANTONIO MARQUIS DRUITT,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.    Samuel G. Wilson, District Judge.  (5:06-cr-00052-sgw-1)

Submitted:  June 22, 2009        Decided:  July 1, 2009

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antonio Marquis Druitt, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Marquis Druitt appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Druitt, No. 5:06-cr-00052-sgw-1 (W.D. Va. filed Feb. 18, 2009 & entered Feb. 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED